PER CURIAM.
Affirmed. § 627.4138(2)(a), Fla.Stat. (1991); Crown Life Ins. Co. v. McBride, 517 So.2d 660, 661 (Fla.1987); State Farm Mut. Auto. Ins. Co. v. Hinestrosa, 614 So.2d 633, 636 (Fla. 4th DCA 1993); Nationwide Mut. Fire Ins. Co. v. Maxwell, 523 So.2d 668, 669 (Fla. 5th DCA), rev. dismissed, 528 So.2d 1182 (Fla.1988); Burns v. Consolidated American Ins. Co., 359 So.2d 1203, 1206 (Fla. 3d DCA 1978); Jackson v. Whitmire Construction Co., 202 So.2d 861, 862 (Fla. 2d DCA 1967); 18 Couch on Insurance 2d § 71.14 (rev. ed. 1983).